UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Centex Home Equity Company, LLC

      v.                                  06-cv-83-SM

George Berube, et al.

O R D E R

       This case was removed from Hillsborough County Superior Court, Northern District, by the United States on February 27, 2006.  On March 28, 2006, the United States filed a Disclaimer of Interest in Interpleaded Funds, and is no longer a party to the action. Therefore, the case is hereby remanded back to state court, there being no federal question or other basis upon which to exercise jurisdiction.

       SO ORDERED.

March    29, 2006

_____
Steven J. McAuliffe
Chief Judge

cc:    Veronica Caballero Viveiros, Esq.
       Frank P. Spinella, Jr., Esq.
       Thomas P. Cole, Esq.
       Lynne A. Saben, Esq.